FILED

07/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0552

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## CAUSE NO. DA 21-0552

| | |
|---|---|
| STEPHANIE KIPFINGER, BEN CUNNINGHAM, INDIVIDUALLY AND AS NATURAL GUARDIAN AND NEXT FRIEND OF EVERETT CUNNINGHAM, A MINOR, | ) ) ) ) ) |
| Plaintiffs and Appellants, | ) ) |
| vs. | ) ) |
| GREAT FALLS OBSTETRICAL AND GYNECOLOGICAL ASSOCIATES, AND JULIE KUYKENDALL. | ) ) ) ) |
| Defendants and Appellees. | ) |

SUPREME COURT CAUSE No. DA 21-0552

**ORDER GRANTING EXTENSION OF TIME FOR APPELLANTS TO FILE REPLY BRIEF**

UPON REVIEW of the Appellants' *Motion for Extension of Time to File Reply Brief* (Unopposed) and with good cause being shown first;

IT IS HEREBY ORDERED that the Appellant's Deadline to File their Reply Brief presently set for the 12th day of July, 2022 is hereby VACATED and RESET for the 24th day of August, 2022.

No further extensions will be granted.

**ELECTRONICALLY SIGNED AND DATED BELOW.**

CC:
- Appellants:
  - Daniel J. Flaherty
  - Will Ballew
  - Ben Novotny
  - Michael Brooks
- Appellee, c/o Gary Kalkstein

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 11 2022